**Fill in this information to identify the case:**

Debtor 1        Anthony R Amancio

Debtor 2        Maria E Amancio aka Maria E Alegado
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District of Virginia

Case number    16-11346-BFK

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.

**Court claim no.** (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account:   9  8  5  7

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: _____

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | $300.00 Plan Review 5/11/2016 | (5) | $ 300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | $15.00; 04/27/16, 06/02/16, 06/29/16 | (7) | $ 45.00 |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          page 1

| Debtor 1 | Anthony R Amancio | Case number (*if known*) 16-11346-BFK |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Jason Michael Floyd          Date 07/27/2016
Signature

Print: Jason    Michael    Floyd          Title Attorney for Seterus, Inc.
First Name    Middle Name    Last Name

Company: BWW Law Group, LLC

Address: 8100 Three Chopt Road, Suite 240
Number    Street
Richmond          VA    23229
City          State    ZIP Code

Contact phone (804)282-0463          Email bankruptcy@bww-law.com

# **CERTIFICATE OF SERVICE**

      I certify that on this 27th day of July, 2016, the following person(s) were or will be served with a copy of the foregoing filed pleading electronically via the CM/ECF system or by first class mail, postage prepaid:

Thomas P Gorman, Trustee  
300 N.Washington St Ste 400  
Alexandria, VA 22314

Januario G. Azarcon, Esq.  
10605 B-2 Judicial Drive  
Fairfax, VA 22030

Maria E. Amancio *aka* Maria E. Amancio  
8851 Flatbush Court  
Manassas, VA 20109

Anthony R. Amancio  
8851 Flatbush Court  
Manassas, VA 20109

                                                               */s/ Jason Michael Floyd*  
                                                                Jason Michael Floyd